# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                         CASE NO. 3:97cr111 LAC

YVEMYRTH ST. HILAIRE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 10, 2008

Motion/Pleadings: MOTION FOR RECONSIDERATION OF JUDGE'S ORDER OF MARCH 20, 2008 (#353), DENYING DEFENDANT'S MOTION FOR REDUCTION OF HIS SENTENCE AND SUPERVISED RELEASE, PURSUANT TO §3582(c)(2)

Filed by  DEFENDANT PRO SE       on 4/10/08        Doc.# 355

RESPONSES:

                                                    on                  Doc.#
                                                    on                  Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.